STATE OF NEW JERSEY v. MACKIE WILSON.

February 23, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. OTIS MCMILLAN.

February 23, 1988.

Petition for certification denied.

WOODROW JOHNSON, JR. v. CYKLOP STRAPPING CORP. AND
FMC CORP. AND LEVING INDUSTRIES, INC.
AND ACME CORP., ET AL.

February 23, 1988.

Petitions for certification denied.

ELAINE MARGUCCIO v. JOSEPH P. MARGUCCIO, JR.

February 23, 1988.

Petition for certification denied.